

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Eddie Dale Underwood,             * From the 259th District Court
of Jones County,
Trial Court No. 6880-D.

Vs. No. 11-22-00218-CR           * November 10, 2022

The State of Texas,              * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.